AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas ☑

United States Courts
Southern District of Texas
FILED
*July 02, 2025*
Nathan Ochsner, Clerk of Court

United States of America
v.
Andys Luis Alvarez Herrera

Case No. 4:25-mj-0400

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Andys Luis Alvarez Herrera,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Title 21 United States Code, Section 846

Date: 06/29/2025

*Issuing officer's signature*

City and state: Houston, Texas

Peter Bray, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 06/29/25, and the person was arrested on *(date)* 06/29/25
at *(city and state)* Houston, TX.

Date: 06/30/25

*Arresting officer's signature*

V. Heinrich, PUSM
*Printed name and title*